UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAULLETTE M. LEUKHARDT,

     Plaintiff,

v.

AMHERST COLLEGE CORPORATION
AND BOARD OF TRUSTEES,

     Defendant.

Civil Action No.:_____

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Trustees of Amherst College[1]

("Amherst College") hereby submits this Notice of Removal of the civil action filed by plaintiff

Paullette M. Leukhardt in the Commonwealth of Massachusetts, Franklin County Superior

Court.  In support of this Notice of Removal, Amherst College states as follows:

1.    Plaintiff filed her Complaint against Amherst College on September 26, 2016 in

Franklin County Superior Court.  The case is captioned *Paullette M. Leukhardt v. Amherst*

*College Corporation and Board of Trustees*, Docket No. 1678CV00102.  A true and accurate

copy of Plaintiff's Original Complaint and Civil Action Cover Sheet is attached at Exhibit A.

Amherst College was served with process on December 13, 2016.  A true and accurate copy of

the Summons is attached at Exhibit B.

2.    This action is properly removable because this Court has original federal question

jurisdiction over this matter pursuant to 28 U.S.C. §1331 based on Plaintiff's asserted claims for

recovery under federal statutes.  As such, this case is removable under 28 U.S.C. § 1441(a) and

---

[1] Plaintiff misnames Defendant as Amherst College Corporation and Board of Trustees.  Defendant's correct legal name is Trustees of Amherst College.

(c) where Plaintiff asserts claims under the Equal Pay Act, 29 U.S.C. § 206 (d); Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 and the Lilly Ledbetter Fair Pay Act of 2009, 42 U.S.C. § 2000e, *et seq.*; and the Age Discrimination in Employment Act, 29 U.S.C. §§ 623(a)(1) and 631(a). *See* Complaint at Counts I, II, and IV. Plaintiff's Complaint "necessarily raises a federal question" that is actually disputed and substantial. *See Rhode Island Fishermen's Alliance, Inc. v. Rhode Island Dept. of Environmental Mgmt.*, 585 F.3d 42, 49-51 (1st Cir. 2009).

3.      This Court also has supplemental jurisdiction over the state law claim (Chapter 151B claim) that Plaintiff asserts in the Complaint pursuant to 28 U.S.C. § 1367.

4.      Pursuant to 28 U.S.C. § 1441(a), this action is being removed to the District of Massachusetts because this Court is the United States District Court for the district and division embracing the place wherein the state court action is pending.

5.      This Notice of Removal is timely filed within thirty days after service of the Complaint on Amherst College. Likewise, this Notice is filed within thirty days of Amherst College's earliest date of actual notice of Plaintiff's Complaint, as the time of service is the first time Amherst College had possession of a copy of Plaintiff's Superior Court Complaint.

6.      A copy of this Notice of Removal is being filed with the Franklin County Superior Court, and a written notice is being provided to Plaintiff pursuant to 28 U.S.C. § 1446(d).

7.      Pursuant to Local Rule 81.1(a), certified or attested copies of all records, proceedings, and docket entries in the Franklin County Superior Court shall be filed with this Court within twenty-eight days.

#49097204_v2

WHEREFORE, defendant Trustees of Amherst College respectfully requests that the matter designated by the Complaint attached as Exhibit A be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,

TRUSTEES OF AMHERST COLLEGE

By its attorneys,

*/s/ David J. Santeusanio*
David J. Santeusanio (BBO No. 641270)
*david.santeusanio@hklaw.com*
Katrina N. Chapman (BBO No. 676177)
*katrina.chapman@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  December 30, 2016

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Removal was filed through the ECF system and that I have caused a true and correct copy of the Notice of Removal to be served on Plaintiff's counsel:  R. Dave DeHerdt, Law Office of R. Dave DeHerdt, 9B State Street, POB 28, Shelburne Falls MA 01370.

*/s/ David J. Santeusanio*
David J. Santeusanio

3

#49097204_v2